IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| SHAWN L. DUNN, #1686724 | § | |
| VS. | § | CIVIL ACTION NO. 6:15cv737 |
| JEFFREY CATOE, ET AL. | § | |

ORDER OF PARTIAL DISMISSAL

Plaintiff Shawn L. Dunn, an inmate confined at the Beto Unit of the Texas prison system, proceeding *in forma pauperis* and *pro se*, filed the above-styled and number civil lawsuit. The case was referred to United States Magistrate Judge John D. Love, who issued a Report and Recommendation for the disposition of the lawsuit. The Plaintiff has filed objections.

The Report of the Magistrate Judge, which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by the Plaintiff to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and the objections of the Plaintiff are without merit. With respect to Plaintiff's objections about the dismissal of Unit Grievance Investigator Christi Hoisington, it is specifically noted that the Fifth Circuit has rejected claims regarding prison officials' investigations into an inmate's grievances. *Orange v. Ellis*, 348 F. App'x 69, 72 (5th Cir. 2009); *Dehghani v. Vogelgesang*, 226 F. App'x 404, 406 (5th Cir. 2007). Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the Report and Recommendation (doc. #26) is **ADOPTED**. It is further

**ORDERED** that the Plaintiff may proceed with his religion claims against Warden Jeffrey Catoe, Assistant Warden Stuart Calhoun and Muslim Chaplain Akbar Shabazz. It is further

**ORDERED** that the Plaintiff may proceed with his denial of access to court claim against Law Library Supervisor John Becraft. It is finally

**ORDERED** that the Plaintiff's claims against Unit Grievance Investigator Christi Hoisington are **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1).

**SIGNED this 3rd day of November, 2015.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE